Jacobine Schey, administratrix of the estate of Otto Schey, deceased, appellee, v. Chicago City Railway Company, appellant. Gen. No. 26,017.

Action by administratrix under the Injuries Act for damages resulting from the death of plaintiff's husband by being struck by one of defendant's street cars. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. DeWitt T. Hartwell, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921. *Certiorari* denied by Supreme Court (making opinion final).

Harry P. Weber, George W. Miller, Arthur J. Donovan and Arthur A. Anderson, for appellant; John· R. Guilliams and Franklin B. Hussey, of counsel. C. W. Greenfield, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Anna Zavodni, defendant in error, v. Dick Krizanowitz, plaintiff in error. Gen. No. 26,115.

Bastardy proceedings. Judgment finding defendant to be the father of the child and ordering payment of a sum for its support. Error to the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

Maurice J. Slater, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Charles B. Ensign, trading as C. B. Ensign & Company, plaintiff in error, v. Sanitary Feather Company and J. S. Pooley, defendants in error. Gen. No. 25,286.

Action upon a contract for railway advertising. Judgment for defendants. Error to the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 17, 1921.

Oliver M. Olson, for plaintiff in error. Ninian H. Welch, for defendants in error.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Charles Kemitz, appellee, v. Frank Peczinkitis, appellant. Gen. No. 26,096.

Action against a plaintiff in an attachment suit apparently to recover money paid over voluntarily by the garnishee and for attorney's fees. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1920. Reversed and judgment here. Opinion filed October 17, 1921.

James McKeag and A. Masover, for appellant. No appearance for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.